IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:14cr147-MHT
                            )           (WO)
                            )
ANTONIO DARSET KING, SR.    )
```

ORDER

It is ORDERED that, four business days before the jury-selection date, the government and the defendant are each to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 2nd day of October, 2014.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE