IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:14cr147-MHT
                            )            (WO)
ANTONIO DARSET KING, SR.    )
```

OPINION AND ORDER

Defendant Antonio Darset King, Sr. was charged in a three-count superseding indictment with possession of a firearm and ammunition after having been convicted of violent felonies and serious drug offenses, in violation of 18 U.S.C. § 922(g)(1) & 924(c)(1); possession with intent to distribute cocaine hydrochloride, in violation of 21 U.S.C. § 841(a)(1); and possession of a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

The question before the court is whether King has the mental capacity to stand trial, that is, whether he is suffering from a mental disease or defect rendering

him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). Based on the evidence presented on May 15, 2015, the court finds that he has the mental capacity to stand trial. King's counsel requested an examination to determine whether he was competent based on King's stated belief that his attorneys, the court, and others have all been engaged in a conspiracy against him. The magistrate judge granted this request and ordered a psychological evaluation. The evaluation was performed by Dr. Lisa Feldman a forensic psychologist, at the Federal Detention Center in Miami, Florida. See 18 U.S.C. §§ 4241(b) & 4247(b). On April 17, 2015, she submitted her findings in a report, which was filed under seal initially and which was later offered into evidence at the May 15 hearing.

Dr. Feldman's report concluded that King "does not currently suffer from any active mental illness or defect that would interfere with his trial competency." Psychological Evaluation submitted by Lisa Feldman, Psy.D., dated April 17, 2015 (doc. no. 96), at 11. In support of this conclusion, Dr. Feldman reported that King was able to identify the nature of the charges against him and describe the role of key courtroom personnel. He also was able to describe how he could help his attorney in formulating a defense. Dr. Feldman also performed an objective measure of his psycho-legal knowledge, which resulted in a score that is consistent with competency to stand trial. Further, King's intelligence test scores showed him to be within the borderline-to-average range in all categories. In short, a mental examination revealed nothing that would lead the court to reasonably question King's competency to stand trial.

Therefore, based upon the psychological evaluation and testimony at the May 15 hearing and pursuant to 18 U.S.C. § 4241(a), the court concludes that King is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

\*\*\*

Accordingly, it is ORDERED that defendant Antonio Darset King, Sr. is declared mentally competent to stand trial in this case.

DONE, this the 15th day of May, 2015.

                                   /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**