IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr147-MHT** |
| | ) | (WO) |
| **ANTONIO DARSET KING, SR.** | ) | |

OPINION AND ORDER

This cause is before the court on defendant Antonio Darset King, Sr.'s unopposed motion to continue trial. For the reasons set forth below, the court finds that jury selection and trial, now set for January 11, 2016, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or

>indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).

The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

In this case, the ends of justice served by granting a continuance outweigh the interest of the public and King in a speedy trial. King needs more time to prepare for trial because he began representing himself less than two weeks ago, and because he is

unable to review and digest, in the short time before the current trial date, the substantial amount of evidence he has just received. Moreover, King maintains that has not received some of the evidence that could be used in his trial. Given these circumstances, a continuance in this matter is warranted.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Antonio Darset King, Sr.'s motion for continuance (doc. no. 187) is granted.

(2) The jury selection for defendant King, now set for January 11, 2016, is reset for February 16, 2016, at 10:00 a.m., at the Federal Courthouse in Opelika, Alabama, 500 South 7th Street, Opelika, Alabama, followed by trial at a later date in Montgomery, Alabama.

DONE, this the 23rd day of December, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE